| United States Bankruptcy Court<br>DISTRICT OF **SOUTH CAROLINA** | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Snyder, Chris Oliver** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Snyder, Laura Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3996** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4098** |
| Street Address of Debtor (No. & Street, City, and State):<br>**2821 Windham Drive**<br>**West Columbia, SC**  ZIPCODE **29170** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**2821 Windham Drive**<br>**West Columbia, SC**  ZIPCODE **29170** |
| County of Residence or of the Principal Place of Business: **Lexington** | County of Residence or of the Principal Place of Business: **Lexington** |
| Mailing Address of Debtor (if different from street address):<br>**SAME**  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>**SAME**  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE** | ZIPCODE |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1) (12/11)      FORM B1, Page 2

| **Voluntary Petition**  *(This page must be completed and filed in every case)* | Name of Debtor(s): *Chris Oliver Snyder and Laura Lynn Snyder* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). X  */s/ Lex A. Rogerson, Jr.*     9/13/2012 Signature of Attorney for Debtor(s)      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Chris Oliver Snyder and Laura Lynn Snyder* |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Chris Oliver Snyder*
Signature of Debtor

X */s/ Laura Lynn Snyder*
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*9/13/2012*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X */s/ Lex A. Rogerson, Jr.*
Signature of Attorney for Debtor(s)

*Lex A. Rogerson, Jr. 3633*
Printed Name of Attorney for Debtor(s)

*Lex A. Rogerson, Jr.*
Firm Name

*P.O. Box 365*
Address

*Lexington, SC  29071*

*(803) 359-5520*
Telephone Number

*9/13/2012*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

In re *Chris Oliver Snyder*  
*and*  
*Laura Lynn Snyder*

Case No.  
(if known)

**Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Chris Oliver Snyder*

Date:    *9/13/2012*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

In re *Chris Oliver Snyder*　　　　　　　　　　　　　　　　　　　　Case No.
　　　*and*　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　7
　　　*Laura Lynn Snyder*

**Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

　　**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

　　*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

　　☒　　1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

　　☐　　2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

　　☐　　3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

　　**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  */s/ Laura Lynn Snyder*

Date:  *9/13/2012*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

In re *Chris Oliver Snyder*
    *and*
*Laura Lynn Snyder*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  *Lex A. Rogerson, Jr.*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *2,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ *2,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ *0.00*

3. $  *306.00*  of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *9/13/2012*      Respectfully submitted,

X */s/ Lex A. Rogerson, Jr.*
Attorney for Petitioner: *Lex A. Rogerson, Jr.*
*Lex A. Rogerson, Jr.*
*P.O. Box 365*
*Lexington SC  29071*

*(803) 359-5520*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

The above named debtor, or attorney for the debtor if applicable, does hereby certify that the master mailing list of creditors submitted either on computer diskette or by a typed hardcopy in a scannable format has been compared to, and contains identical information to, the debtor's schedules, statements and lists pursuant to SC LBR 1007-1.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) __X___ scannable hard copy __5____ (number of sheets submitted)

Date: *9/13/2012*

Signature */s/ Lex A. Rogerson, Jr.*
*Lex A. Rogerson, Jr., Attorney for Debtor*
*P.O. Box 365*
*Lexington SC  29071*
*(803) 359-5520*
*District Court I.D. Number: 3633*

FHA
451 7TH STREET SW
WASHINGTON  DC  20410

EDWARD L  GRIMSLEY  ESQUIRE
P O  BOX 11682
COLUMBIA  SC  29211

SC DEPARTMENT OF REVENUE
P O  BOX 12265
COLUMBIA  SC  29211

GE CAPITAL BANK
P O  BOX 965005
ORLANDO  FL  32896

UNITED STATES ATTORNEY
DISTRICT OF SOUTH CAROLINA
1441 MAIN STREET
SUITE 500
COLUMBIA  SC  29201

HOMEWARD RESIDENTIAL
P O  BOX 631730
IRVING  TX  75063-1730

US DEP OF VETERANS AFFAIRS
P O  BOX 530269
ATLANTA  GA  30353

KORN LAW FIRM
P O  BOX 12369
COLUMBIA  SC  29211-2369

US DEP OF VETERANS AFFAIRS
P O  BOX 8079
PHILADELPHIA  PA  19101

PILOT BANK
P O  BOX 16828
TAMPA  FL  33687-4575

USDA
P O  BOX 66827
SAINT LOUIS  MO  63116

FLORIDA ST  DISBURSEMENT UNIT
P O  BOX 8500
TALLAHASSEE  FL  32314-8500

AMERICAN HOME MORTGAGE
P O  BOX 3050
COLUMBIA  MD  21045-6050

RICHLAND COUNTY TREASURER
P O  BOX 11947
COLUMBIA  SC  29211

SUZANNE SNYDER
818 W SLIGH AVENUE
TAMPA FL 33605

BANK OF AMERICA
450 AMERICAN STREET
SIMI VALLEY CA 93065

ABSOLUTE COLLECTION SVC INC
421 FAYETTEVILLE STREET
SUITE 600
RALEIGH NC 27601

BARCLAYS TRAVELOCITY
125 S WEST STREET
WILMINGTON DE 19801

ALBERT KEMP
4600 FT JACKSON BOULEVARD
UNIT 151
COLUMBIA SC 29209

BB&T
200 S TRYON STREET
CHARLOTTE NC 28202

APOLLO GROUP INC
4025 S RIVERPOINT PKWY
PHOENIX AZ 85040

BROWN & BREHMER
P O BOX 7966
COLUMBIA SC 29202-7966

APRIA HEALTH CARE
26220 ENTERPRISE COURT
LAKE FOREST CA 92630

CAPITAL ONE
P O BOX 30285
SALT LAKE CITY UT 84130-0285

ASSET ACCEPTANCE
P O BOX 2036
WARREN MI 48090

CENTA MEDICAL GROUP
9 RICHLAND MEDICAL PARK DR
STE 510
COLUMBIA SC 29203

AT&T
ATTN BANKRUPTCY DEPT
5407 ANDREWS HIGHWAY
MIDLAND TX 79706

CREDIT FINANCIAL SERVICES
3800 GUESS ROAD
DURHAM NC 27705

CRITICAL HEALTH SYSTEMS
1410 BLANDING STREET
SUITE 1
COLUMBIA  SC  29201

FAC/NAB
480 JAMES ROBERTSON PKWY
NASHVILLE  TN  37219

DISCOVER
P O  BOX 30943
SALT LAKE CITY  UT  84130

FINANCIAL RECOVERY SVCS INC
P O  BOX 385908
MINNEAPOLIS  MN  55438-5908

DR  M  WENDT
PALMETTO HEALTH RICHLAND
5 RICHLAND MEDICAL PARK
COLUMBIA  SC  29202

FORD MOTOR CREDIT
P O  BOX 105697
ATLANTA  GA  30348

DR  SOX & WEHMAN  DMD
801 TRUE STREET
COLUMBIA  SC  29209

GREYSTONE ALLIANCE  LLC
33 DODGE ROAD
SUITE 106
GETZVILLE  NY  14068

EOS CCA
700 LONGWATER DRIVE
NORWELL  MA  02061

HARTVIGSEN FAMILY MEDICINE
115 BLARNEY DRIVE
#212
COLUMBIA  SC  29223

ESTEEM CARE  INC
DEPT  408
P O  BOX 100199
COLUMBIA  SC  29202

HARVEY SCHONBURN
1802 N  MORGAN STREET
TAMPA  FL  33602-2328

ESTEEM CARE  INC
P O  BOX 30919
AKRON  OH  44309

IC SYSTEMS  INC
P O  BOX 64378
SAINT PAUL  MN  55164

LEXINGTON ENT
2728 SUNSET BOULEVARD
SUITE 307
WEST COLUMBIA  SC  29169

MERCHANTS ASSOC OF FLORIDA
P O  BOX 2842
TAMPA  FL  33602

LEXINGTON MEDICAL CENTER
2720 SUNSET BOULEVARD
WEST COLUMBIA  SC  29169

MIDLAND FUNDING  LLC
8875 AERO DRIVE
SUITE 200
SAN DIEGO  CA  92123

LEXINGTON MEDICAL CENTER
P O  BOX 100274
COLUMBIA  SC  29202-3274

NCO FINANCIAL
P O  BOX 13574
PHILADELPHIA  PA  19101

LEXINGTON ORTHOPAEDICS
146 N  HOSPITAL DRIVE
SUITE 140
WEST COLUMBIA  SC  29169

PALMETTO BAPTIST MEDICAL CTR
P O  BOX 402130
ATLANTA  GA  30384-2130

LEXINGTON RADIOLOGICAL ASSOC
P O  BOX 7608
COLUMBIA  SC  29202-7608

PALMETTO IMAGING
2997 SUNSEET BOULEVARD
WEST COLUMBIA  SC  29169

MARTINO MORTGAGE
2018 E  7TH AVENUE
TAMPA  FL  33605-3902

PEDIATRIC CARDIOLOGY ASSOCIATES
840 MLK STREET N
SUITE 400
SAINT PETERSBURG  FL  33705

MEDICAL DATA SYSTEMS
128 W  CENTER AVENUE
FLOOR 2
SEBRING  FL  33870

PROVIDENCE HOSPITAL
PMB 356
10120 TWO NOTCH RD  STE  2
COLUMBIA  SC  29223

REAL TIME RESOLUTIONS
P O  BOX 35888
DALLAS  TX  75235-0888

WEST ASSET MANAGEMENT
2703 N  HIGHWAY 75
SHERMAN  TX  75090

RECEIVABLE SOLUTIONS
4700 FOREST DRIVE
SUITE 107
COLUMBIA  SC  29206

SALLIE MAE SERVICING
P O  BOX 9500
WILKES-BARRE  PA  18773-9500

SANTANDER CONSUMER USA
ATTN   BANKRUPTCY DEPARTMENT
P O  BOX 560284
DALLAS  TX  75356-0284

SANTANDER CONSUMER USA
P O  BOX 961245
FORT WORTH  TX  76161-1245

SC STUDENT LOAN CORP
P O  BOX 21487
COLUMBIA  SC  29221

UNIVERSITY OF PHOENIX
4615 E  ELWOOD STREET
FLOOR 3
PHOENIX  AZ  85040